Taylor M. Tieman (SBN: 305269)
Krohn & Moss, Ltd.
1112 Ocean Drive, Suite 301
Manhattan Beach, CA 90266
ttieman@consumerlawcenter.com
Tel: (323) 988-2400
Fax: (866) 861-1390
BRIAN LIVESAY

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LIVESAY, | ) **Case No.: 15-cv-1687 JM(JMA)** |
| Plaintiffs, | ) |
| v. | ) **VOLUNTARY DISMISSAL** |
| KABBAGE INC, | ) |
| Defendant. | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, BRIAN LIVESAY, by and through his attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: April 19, 2017                        KROHN & MOSS, LTD.

By:/s/ Taylor M Tieman
Taylor M Tieman Esq.
Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2017, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:     /s/ Taylor M Tieman

Taylor M. Tieman, Esq.

- 2 -